# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS GREGORY SHEA, | ) | 3:14-CV-0354-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 11, 2015 |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's request for stay (#10) is construed by the court as a motion for extension of time to file amended complaint and that motion is **GRANTED in part**. Plaintiff shall have to and including **Monday, March 30, 2015** to file an amended complaint.

Plaintiff's motion for clarification (#11) is **DENIED**. The court's fifteen-page order dated January 23, 2015 (#8) is very detailed and is clear on its face.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk