UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS GREGORY SHEA, | 3:14-CV-0354-MMD (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | March 18, 2015 |
| UNITED STATES, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for audit of fees due (#20) is **GRANTED**. The Clerk shall send to plaintiff a copy of the financial account record for this case.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                 By:_____/s/_____
                                        Deputy Clerk

03/18/2015 03:38 PM EDT

U.S. Courts
Case Inquiry Report
Case Num: DNVX314CV000354; Party Num: N/A; Payee Code: N/A
Show Party Details: Y ; Show Payee Details: Y ; Show Transactions: Y

Case Number   DNVX314CV000354        Case Title   THOMAS GREGORY SHEA V UNITED STATES ET AL

Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PAR10284 | THOMAS GREGORY SHEA | PCCA6095 | PLRA FILING FEE | | 190.00 | 20.00 | 170.00 |
| 001 | PAR10284 | THOMAS GREGORY SHEA | PCCA6095 | PLRA FILING FEE | | 60.00 | 0.00 | 60.00 |
| 001 | PAR10284 | THOMAS GREGORY SHEA | PCCA6095 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| 001 | PAR10284 | THOMAS GREGORY SHEA | PCCA6095 | APPEAL PLRA FILING FEE | | 200.00 | 0.00 | 200.00 |
| 001 | PAR10284 | THOMAS GREGORY SHEA | PCCA6095 | APPEAL PLRA FILING FEE | | 105.00 | 0.00 | 105.00 |
| 001 | PAR10284 | THOMAS GREGORY SHEA | PCCA6095 | APPEAL PLRA FILING FEE 086400 | | 200.00 | 0.00 | 200.00 |
| | | | | | | 855.00 | 20.00 | 835.00 |

Registry Information:

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

U.S. Courts
Case Inquiry Report
Case Num: DNVX314CV000354; Party Num: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

Detailed Party Information:

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PAR10284 | THOMAS GREGORY SHEA |

| Debt Type | | | | |
|---|---|---|---|---|
| PLRA FILING FEE | | | | |
| | Principal | Interest | Penalty | Total |
| Fund | 5100PL | | | N/A |
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 20.00 | 0.00 | 0.00 | 20.00 |
| Outstanding | 170.00 | 0.00 | 0.00 | 170.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 20.00 | 0.00 | N/A | 20.00 |

| PLRA FILING FEE | | | | |
|---|---|---|---|---|
| | Principal | Interest | Penalty | Total |
| Fund | 0869PL | | | N/A |
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 60.00 | 0.00 | 0.00 | 60.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

| PLRA FILING FEE 086400 | | | | |
|---|---|---|---|---|
| | Principal | Interest | Penalty | Total |
| Fund | 086400 | | | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 100.00 | 0.00 | 0.00 | 100.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |

## U.S. Courts
## Case Inquiry Report
Case Num: DNVX314CV000354; Party Num: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

### APPEAL PLRA FILING FEE

| Fund | Principal 5100PL | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 200.00 | 0.00 | 0.00 | 200.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

### APPEAL PLRA FILING FEE

| Fund | Principal 0869PL | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 105.00 | 0.00 | 0.00 | 105.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 105.00 | 0.00 | 0.00 | 105.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

### APPEAL PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 200.00 | 0.00 | 0.00 | 200.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

03/18/2015 03:38 PM EDT

# U.S. Courts
## Case Inquiry Report

Case Num: DNVX314CV000354; Party Num: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|   | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Totals** | | | | |
| Owed | 855.00 | 0.00 | 0.00 | 855.00 |
| Collected | 20.00 | 0.00 | 0.00 | 20.00 |
| Outstanding | 835.00 | 0.00 | 0.00 | 835.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 20.00 | 0.00 | N/A | 20.00 |

| Available | 0.00 | 0.00 | N/A | 0.00 |

03/18/2015 03:38 PM EDT

# U.S. Courts
## Case Inquiry Report
Case Num: DNVX314CV000354; Party Num: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

Transaction Information:

| Document Type/Number* | Account Number | Debt Type Line# | Debt Type | Document Date | Accomplished Date | Line Type | Payee Line# | Amount | Depository Code | Party/Payee Name | J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT NVLAS033052 DNVX314CV000354-001 | | 1 | | 03/16/2015 | 03/17/2015 | PLRA FILING FEE | | 20.00 | | THOMAS GREGORY SHEA | | O | 04 | 5100PL |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

Version 7.1    Page 5    of 5