1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   MARY KANDARAS
3  Deputy District Attorney
   Nevada State Bar Number 3974
4  P.O. Box 11130
   Reno, NV 89520-0027
5  (775) 337-5700
   ATTORNEYS FOR DEFENDANTS,
6  BOYER and McVICKERS

```
                    FILED ✓      ____ RECEIVED
                    ____ ENTERED  ____ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         JUL 2 2 2016

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

7                  UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9                              * * *

10  THOMAS GREGORY SHEA,

11              Plaintiffs,           Case No. 3:14-CV-00354-MMD-VPC

12       vs.                          **MOTION FOR EXTENSION OF TIME
                                      TO FILE MOTION FOR SUMMARY**
13  UNITED STATES, et al.,            **JUDGMENT**

14              Defendants.           Third Request for Extension of Time
    _____/
15

16       Defendants Boyer and McVickers request that they be granted an extension of time to

17  file a Motion for Summary Judgment. This continuance is sought due to the press of business

18  and not for purposes of delay (Affidavit of Mary Kandaras).

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //

                                      -1-

1  The current deadline for filing is July 25, 2016 (ECF No. 82). Defendants request that
2  the time for filing the Motion for Summary Judgment be extended to August 29, 2016.
3  Dated this 19th day of July, 2016.

4  CHRISTOPHER J. HICKS
   District Attorney

6  By ___/s/ Mary Kandaras_____
   MARY KANDARAS
7  Deputy District Attorney
   P.O. Box 11130
8  Reno, NV  89520-0027
   (775) 337-5700

   ATTORNEYS FOR DEFENDANTS
10 BOYER and McVICKERS

12 IT IS SO ORDERED. *This is the final extension.*

13 Dated: July 22, 2016

   _____
   UNITED STATES MAGISTRATE JUDGE

26 P:\Civil\MK\LITIGATION\SHEA V. USA\Pleadings\2d Mtn To Extend MSJ Deadline.Doc

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

Thomas Gregory Shea
500 N. Virginia Street #23
Reno, NV 89502

Dated this 19th day of July, 2016.

/s/ C. Mendoza
C. Mendoza

# AFFIDAVIT OF MARY KANDARAS

STATE OF NEVADA

COUNTY OF WASHOE

I, Mary Kandaras, being first duly sworn and under penalty of perjury, do hereby depose and say:

1. I am a Washoe County Deputy District Attorney, and I am licensed to practice law in the United States District Court of Nevada;

2. I am assigned to the case of *Thomas Gregory Shea v. United States, et al.*, 3:14-CV-00354-MMD-VPC;

3. I request an extension of time to file a Motion for Summary Judgment until August 29, 2016. Dispositive motions are due on July 25, 2016 (ECF No. 82).

4. This is the second request to extend the deadline for the filing of the motion for summary judgment. It is made due to the press of business. I had to take some unexpected leave during the early part of July, which has resulted in the need to reschedule several matters.

5. This request is made in good faith and not for the purpose of delay. No further requests for extension will be made.

FURTHER YOUR AFFIANT SAYETH NOT.

MARY KANDARAS

STATE OF NEVADA

COUNTY OF WASHOE

Subscribed and Sworn to before me

By Mary Kandaras on July 19, 2016.

NOTARY

C. MENDOZA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 96-5005-2 · Expires October 31, 2016