1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THOMAS GREGORY SHEA,

Plaintiff,

v.

UNITED STATES, et al.,

Defendants.

Case No. 3:14-cv-00354-MMD-VPC

ORDER

17  The docket shows that mail sent to Plaintiff's address has been returned as

18  undeliverable. (ECF No. 100.). LR IA 3-1 provides that a party who is representing

19  himself must immediately notify the Court of his change of address, and that failure to

20  do so may result in dismissal of the action. Plaintiff will be given the opportunity to file

21  his updated address with the Court within thirty (30) days. Failure to do so may result in

22  dismissal of this case.

23  Plaintiff has moved for an extension of time. (ECF No. 101.) To the extent plaintiff

24  is asking for an extension to respond to defendants' motion for summary judgment (ECF

25  No. 96), plaintiff has failed to identify the length of the extension. Nevertheless, the

26  Court will give Plaintiff a 30-day extension of time until October 14, 2016, to respond to

27  defendants' motion for summary judgment. To the extent Plaintiff is asking the Court to

28  defer ruling on defendants' motion for summary judgment under Rule 56(d) of the

Federal Rules of Civil Procedure, Plaintiff must comply with Rule 56(d). Therefore, Plaintiff's motion for extension of time (ECF No. 101) is granted in part as indicated in this order.

DATED THIS 12th day of September 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE