AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF NEVADA

THOMAS GREGORY SHEA,

    Plaintiff,

v.

U.S. WCSU, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:14-cv-00354-MMD-VPC

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 96) is granted in part and denied in part. It is granted with respect to Counts II and V. It is denied with respect to Count I for false light. Count I is dismissed without prejudice as the Court declines to exercise supplemental jurisdiction over this remaining state law claim.

    **IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants Noah Boyer and Sean McVickers.

March 17, 2017

**DEBRA K. KEMPI**
Clerk

 /s/ K. Rusin
Deputy Clerk